Jacob Jadlowski, plaintiff in error, v. Swift & Company, defendant in error. Gen. No. 30,371.

Action for damages for alleged wilful violations of Occupational Disease Act. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 16, 1926.

Corinne L. Rice and A. H. Ranes, for plaintiff in error. John E. Kehoe and Busby, Weber, Miller & Donovan, for defendant in error; Samuel Friedlander, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Fred E. Schmidt, appellant, v. Charles August and Charles August Corporation, appellees. Gen. No. 30,389.

Bill to establish ownership in certain shares of stock and for an injunction and accounting. Bill dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 16, 1926.

Frisch & Frisch, for appellant; Sidney Frisch, of counsel. Thompson, Tyrrell & Chambers, for appellees; Lavern W. Thompson, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Mills Novelty Company, appellant, v. The National Bank of the Republic, appellee. Gen. No. 30,396.

Assumpsit to recover amount of check drawn by plaintiff and paid by drawer upon alleged unauthorized indorsement. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 16, 1926.

Dyrenforth, Lee, Chritton & Wiles, for appellant; George A. Chritton, Alfred J. Parker and Horace Dawson, of counsel. Carpenter, Barnhardt & Grant, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

W. R. Collier for use of American Society of Accountants, appellee, v. Phoenix Mutual Life Insurance Company of Hartford, appellant. Gen. No. 30,408.

Default judgment against garnishee. Appeal from denial of motion to vacate. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 16, 1926.

Loucks, Eckert & Peterson, for appellant; Ira W. Hurley and William U. Bardwell, of counsel. C. A. Samuel, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.